# **Exhibit R**

Printout of list of Land Court documents indexed under "Maurice Wyman"

Barnstable County Capeview Internet Access

| Search | Clear | Main Menu |

**Land Court by Name**

**Last/Corp name:**
Wyman

**First name:**
Maurice

**Names to display**
All parties

**Doc type:**
*All document types

**Town:**
*All towns

**Start date:   Stop date:**

(mmddyyyy)   (mmddyyyy)

Enter the Surname (last name) and, optionally the Given (first) name in the space provided above.

For names other than persons, use both the Surname and given name as though it were a single long field.

You may use either upper or lower case (it will be converted to upper case).

You may use standard wild cards:
"*" = accept any character from here to the end

"?" = accept any character in this position only

| Search | Clear | Main Menu |

**BARNSTABLE LAND COURT REGISTRY DISTRICT    JOHN F. MEADE, REGISTER**
**Land Court List by Name**

Search name: WYMAN MAURICE
Gtors/Gtees: All Parties
Town: *All
Document types: *ALL
Database searched: Land Record Gtor/Gtee Index thru Nov 13, 2009 # 1,127,995

This may not be a complete listing of all Land Court entries under the name you are searching. Not every document registered in the Land Court since 1899 has been indexed in the computer. Documents **568,471** to the **present** have been fully indexed by grantor and grantee in the computer. Documents **384,866** to **568,470** have been indexed by grantor but not necessarily by grantee. Documents 1 through **384,865** may or may not have been indexed in the computer. Reference should be made to the actual certificate registered in the Land Court to verify all activity for a particular title. These listings are not covered by MGL c. 185 s. 46.

| Full Name | Certificate # | Document Desc / Document Type | Town / Date Recvd | Doc # |
|---|---|---|---|---|
| WYMAN, MAURICE B (AS TR) (Gtee) | 94814 | 10 18160-D Deed | Bourne 12-23-1983 | 326403-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtor) | 94814 | SEE DOC Declaration Of Trust | Bourne 05-11-1987 | 428688-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtor) | 94814 | 10 18160-D Mortgage | Bourne 05-11-1987 | 428689-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtor) | 94814 | 10 18160-D Mortgage | Bourne 05-11-1987 | 428690-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtor) | 94814 | SEE DOC Finance Statement | Bourne 05-00-1987 | 428691-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtor) | 94814 | AFTER LOSS Court Order | Bourne 10-07-1988 | 469626-1 |
| WYMAN, MAURICE B (AS TR & ID) (Gtor) | 94814 | 10 18160-D Mortgage | Bourne 10-07-1988 | 469627-1 |
| WYMAN, MAURICE B (AS TR & ID) (Gtor) | 185747 | 10 18160-D Mortgage | Bourne 10-07-1988 | 469627-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtor) | 94814 | 10 18160-D Mortgage | Bourne 03-27-1991 | 524468-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtor) | 94814 | AFTER LOSS Court Order | Bourne 03-08-1993 | 576890-1 |

More names may be available

**HOW TO USE THIS PAGE**

To see the next page of available names, click on Next>.
To see the previous panel displayed, click on <Previous.
To view an abstract, click on the document icon with "ABS".
To view an image, click on the document icon with "DOC".
Please note that if the icon "DOC" is not shown that means the document image is not available.
To refine your search to a name that is displayed, click on the name hyperlink.

**BARNSTABLE LAND COURT REGISTRY DISTRICT   JOHN F. MEADE, REGISTER**
**Land Court List by Name**

Search name: WYMAN MAURICE
Gtors/Gtees: All Parties
Town: *All
Document types: *ALL
Database searched: Land Record Gtor/Gtee Index thru Nov 13,2009 # 1,127,995

This may not be a complete listing of all Land Court entries under the name you are searching. Not every document registered in the Land Court since 1899 has been indexed in the computer. Documents **568,471** to the **present** have been fully indexed by grantor and grantee in the computer. Documents **384,866** to **568,470** have been indexed by grantor but not necessarily by grantee. Documents **1** through **384,865** may or may not have been indexed in the computer. Reference should be made to the actual certificate registered in the Land Court to verify all activity for a particular title. These listings are not covered by MGL c. 185 s. 46.

| Full Name | Certificate # | Document Desc / Document Type | Town / Date Recvd | Doc # |
|---|---|---|---|---|
| WYMAN, MAURICE B (AS TR &O) (Gtor) | 94814 | 10 18160-D Mortgage | Bourne 03-09-1993 | 576927-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtor) | 94814 | LEASES Assignment | Bourne 03-09-1993 | 576928-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtor) | 94814 | SEE DOC Finance Statement | Bourne 03-09-1993 | 576934-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtee) | 94814 | 10 18160-D BT 563,633 Partial Discharge | Bourne 04-07-1993 | 579244-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtor) | 94814 | SEE DOC Certificate Of Municipal Lien | Bourne 10-14-1993 | 595931-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtor) | 94814 | TR 428,688 Amendment | Bourne 12-08-1993 | 600913-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtor) | 94814 | TR 428,688 Notice | Bourne 12-08-1993 | 600914-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtor) | 94814 | SEE DOC Certificate Of Municipal Lien | Bourne 12-08-1993 | 600915-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtee) | 94814 | 524,468-1 Discharge | Bourne 12-08-1993 | 600916-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtor) | 94814 | 10 18160-D Mortgage | Bourne 12-08-1993 | 600917-1 |

More names may be available

**HOW TO USE THIS PAGE**

To see the next page of available names, click on Next>.
To see the previous panel displayed, click on <Previous.
To view an abstract, click on the document icon with "ABS".
To view an image, click on the document icon with "DOC".
Please note that if the icon "DOC" is not shown that means the document image is not available.
To refine your search to a name that is displayed, click on the name hyperlink.

## BARNSTABLE LAND COURT REGISTRY DISTRICT   JOHN F. MEADE, REGISTER
### Land Court List by Name

Search name: **WYMAN MAURICE**
Gtors/Gtees: **All Parties**
Town: ***All**
Document types: ***ALL**
Database searched: **Land Record Gtor/Gtee Index thru Nov 13, 2009 # 1,127,995**

This may not be a complete listing of all Land Court entries under the name you are searching. Not every document registered in the Land Court since 1899 has been indexed in the computer. Documents **568,471** to the **present** have been fully indexed by grantor and grantee in the computer. Documents **384,866** to **568,470** have been indexed by grantor but not necessarily by grantee. Documents **1** through **384,865** may or may not have been indexed in the computer. Reference should be made to the actual certificate registered in the Land Court to verify all activity for a particular title. These listings are not covered by MGL c. 185 s. 46.

| Full Name | Certificate # | Document Desc / Document Type | Town / Date Recvd | Doc # |
|---|---|---|---|---|
| WYMAN, MAURICE B (AS TR &O) (Gtor) | 94814 | M 576,927 TO M 600,917 Subordination | Bourne 12-08-1993 | 600918-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtor) | 94814 | SEE DOC Finance Statement | Bourne 12-08-1993 | 600919-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtor) | 94814 | FS 576,934 TO FS 600,919 Subordination | Bourne 12-08-1993 | 600920-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtor) | 94814 | 576,927-1 Amendment | Bourne 12-09-1993 | 601125-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtor) | 94814 | 576,928-1 Amendment | Bourne 12-09-1993 | 601126-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtor) | 94814 | FS 576,934 TO FS 600,919 Subordination | Bourne 05-06-1994 | 613995-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtor) | 94814 | FS 576,934 TO FS 600,919 Subordination | Bourne 05-06-1994 | 613996-1 |
| WYMAN, MAURICE B (&O) (Gtor) | 120421 | SEE DOC Finance Statement | Dennis 09-20-1994 | 624263-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtor) | 94814 | SEE DOC Certificate Of Municipal Lien | Bourne 09-20-1994 | 624280-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtor) | 94814 | 10 18160-D Mortgage | Bourne 09-20-1994 | 624281-1 |

More names may be available

### HOW TO USE THIS PAGE

To see the next page of available names, click on Next>.
To see the previous panel displayed, click on <Previous.
To view an abstract, click on the document icon with "ABS".
To view an image, click on the document icon with "DOC".
Please note that if the icon "DOC" is not shown that means the document image is not available.
To refine your search to a name that is displayed, click on the name hyperlink.

**BARNSTABLE LAND COURT REGISTRY DISTRICT   JOHN F. MEADE, REGISTER**
**Land Court List by Name**

Search name: WYMAN MAURICE
Gtors/Gtees: All Parties
Town: *All
Document types: *ALL
Database searched: Land Record Gtor/Gtee Index thru Nov 13,2009 # 1,127,995

This may not be a complete listing of all Land Court entries under the name you are searching. Not every document registered in the Land Court since 1899 has been indexed in the computer. Documents **568,471** to the **present** have been fully indexed by grantor and grantee in the computer. Documents **384,866** to **568,470** have been indexed by grantor but not necessarily by grantee. Documents **1** through **384,865** may or may not have been indexed in the computer. Reference should be made to the actual certificate registered in the Land Court to verify all activity for a particular title. These listings are not covered by MGL c. 185 s. 46.

| Full Name | Certificate # | Document Desc / Document Type | Town / Date Recvd | Doc # |
|---|---|---|---|---|
| WYMAN, MAURICE B (AS TR &O) (Gtor) | 94814 | 10 18160-D / Lease | Bourne 09-20-1994 | 624282-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtee) | 94814 | 600,919-1 / Termination Finance Statement | Bourne 11-28-1994 | 628951-1 |
| WYMAN, MAURICE B (&O) (Gtee) | 94814 | 600,917-1 / Discharge | Bourne 04-20-1995 | 637831-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtee) | 94814 | 576,927-1 / Discharge | Bourne 04-22-1996 | 663454-1 |
| WYMAN, MAURICE B (AS TR) (Gtor) | 94814 | SEE DOC / Certificate Of Municipal Lien | Bourne 02-09-2001 | 823916-1 |
| WYMAN, MAURICE B (AS TR) (Gtor) | 94814 | 10 18160-D / Mortgage | Bourne 02-09-2001 | 823917-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtor) | 94814 | SEE DOC / Finance Statement | Bourne 02-09-2001 | 823918-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtor) | 94814 | LS 624,282 TO M 823,917 / Subordination | Bourne 02-15-2001 | 824316-1 |
| WYMAN, MAURICE B (AS TR) (Gtor) | 94814 | 823,918-1 / Amend Financing Statement | Bourne 01-10-2006 | 1023406-1 |
| WYMAN, MAURICE B (AS TR) (Gtor) | 94814 | 823,918-1 / Amend Financing Statement | Bourne 01-10-2006 | 1023407-1 |

More names may be available

**HOW TO USE THIS PAGE**

To see the next page of available names, click on Next>.
To see the previous panel displayed, click on <Previous.
To view an abstract, click on the document icon with "ABS".
To view an image, click on the document icon with "DOC".
Please note that if the icon "DOC" is not shown that means the document image is not available.
To refine your search to a name that is displayed, click on the name hyperlink.

**BARNSTABLE LAND COURT REGISTRY DISTRICT   JOHN F. MEADE, REGISTER**
**Land Court List by Name**

Search name: WYMAN MAURICE
Gtors/Gtees: All Parties
Town: *All
Document types: *ALL
Database searched: Land Record Gtor/Gtee Index thru Nov 13,2009 # 1,127,995

This may not be a complete listing of all Land Court entries under the name you are searching. Not every document registered in the Land Court since 1899 has been indexed in the computer. Documents **568,471** to the **present** have been fully indexed by grantor and grantee in the computer. Documents **384,866** to **568,470** have been indexed by grantor but not necessarily by grantee. Documents **1** through **384,865** may or may not have been indexed in the computer. Reference should be made to the actual certificate registered in the Land Court to verify all activity for a particular title. These listings are not covered by MGL c. 185 s. 46.

| Full Name | Certificate # | Document Desc / Document Type | Town / Date Recvd | Doc # |
|---|---|---|---|---|
| WYMAN, MAURICE B (AS TR) (Gtor) | 94814 | CONTINUATION FS 823,918 Finance Statement | Bourne 01-10-2006 | 1023408-1 |
| WYMAN, MAURICE B (TR) (Gtee) | 94814 | 428,690-1 Discharge | Bourne 10-26-2006 | 1047689-1 |
| WYMAN, MAURICE B (TR) (Gtee) | 94814 | 428,689-1 Discharge | Bourne 10-26-2006 | 1047690-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtee) | 94814 | 624,281-1 Discharge | Bourne 12-03-2007 | 1078259-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtee) | 94814 | 576,928-1 Discharge | Bourne 02-11-2008 | 1082592-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtee) | 94814 | 823,917-1 Discharge | Bourne 04-24-2008 | 1088030-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtor) | 94814 | SEE DOC Certificate Of Municipal Lien | Bourne 04-24-2008 | 1088033-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtor) | 94814 | SEE DOC Notice | Bourne 04-24-2008 | 1088034-1 |
| WYMAN, MAURICE B (AS TR &O) (Gtor) | 185747 | 10 18160-D Deed | Bourne 04-24-2008 | 1088035-1 |

The last matching name is displayed

**HOW TO USE THIS PAGE**

To see the next page of available names, click on Next>.
To see the previous panel displayed, click on <Previous.
To view an abstract, click on the document icon with "ABS".
To view an image, click on the document icon with "DOC".
Please note that if the icon "DOC" is not shown that means the document image is not available.
To refine your search to a name that is displayed, click on the name hyperlink.